1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN RANDOLPH SHAW,<br><br>        Petitioner,<br><br>    v.<br><br>WILLIAM L. MUNIZ, Warden,<br><br>        Respondent. | Case No. CV 15-1593 DMG (MRW)<br><br>**JUDGMENT** |

        Pursuant to the Order Accepting Findings and Recommendations of the
United States Magistrate Judge,

        IT IS ADJUDGED that the petition is denied and this action is dismissed
with prejudice.

DATED:  September 26, 2016            _____

                                              DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE